# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **LARRY MICHAEL COPELAND,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | **1:17-cv-00324-MR** |
| | ) | 1:08-cr-00082-2-MR |
| vs. | ) | 1:09-cr-00055-1-MR |
| | ) | 1:09-cr-00058-1-MR |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2018 Memorandum of Decision and Order.


March 28, 2018


Frank G. Johns, Clerk
United States District Court